**BOIES SCHILLER FLEXNER LLP**
Maxwell V. Pritt (SBN 253155)
mpritt@bsfllp.com
Antonio L. Ingram II (SBN 300528)
aingram@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
Fax: (415) 293-6899

*Attorneys for Defendants*
APPLIED UNDERWRITERS, INC, STEVEN MENZIES and ALAN QUASHA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSTY AREIAS, an individual and MERCURY PUBLIC AFFAIRS, LLC, a Delaware corporation transacting business in California, assignees of California Strategies, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>APPLIED UNDERWRITERS, INC, a Nebraska corporation, STEVEN MENZIES, an individual, ALAN QUASHA, an individual, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:21-cv-00023<br><br>**CERTIFICATION OF DEFENDANT APPLIED UNDERWRITERS, INC. REGARDING INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-15 AND F.R.C.P. 7.1** |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to N.D. Cal. Civil Local Rule 3-15 and Federal Rule of Civil Procedure 7.1, Defendant Applied Underwriters, Inc., by and through its undersigned counsel, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Bernard Acquisition Company, LLC, which owns 100% of the stock of Applied Underwriters, Inc.

Dated: January 4, 2021

Respectfully submitted,

*/s/ Maxwell V. Pritt*
**BOIES SCHILLER FLEXNER LLP**
Maxwell V. Pritt (SBN 253155)
mpritt@bsfllp.com
Antonio L. Ingram II (SBN 300528)
aingram@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
Fax: (415) 293-6899

*Attorneys for Defendants*
APPLIED UNDERWRITERS, INC,
STEVEN MENZIES and ALAN QUASHA

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 4, 2021, I electronically filed CERTIFICATION OF DEFENDANTS REGARDING INTERESTED ENTITIES OR PERSONA PURSUANT TO CIVIL LOCAL RULE 3-15 AND F.R.C.P. 7.1 with the Clerk of Court using the CM/ECF system which sent an email notification to all participants in this case who are registered CM/ECF users.  I further caused the documents listed above to be served via email and FedEx on the following:

  David J. Millstein
  Owais Bari
  MILLSTEIN & ASSOCIATES
  100 The Embarcadero, Penthouse
  San Francisco, CA 94105
  dmillstein@millstein-law.com
  obari@millstein-law.com

Dated: January 4, 2021       BOIES SCHILLER FLEXNER LLP

               <u>/s/ *Ashleigh Jensen*</u>
               Ashleigh Jensen