**BOIES SCHILLER FLEXNER LLP**
Maxwell V. Pritt (SBN 253155)
mpritt@bsfllp.com
Antonio L. Ingram II (SBN 300528)
aingram@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
Fax: (415) 293-6899

*Attorneys for Defendants*
APPLIED UNDERWRITERS, INC, STEVEN MENZIES and ALAN QUASHA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSTY AREIAS, an individual and MERCURY PUBLIC AFFAIRS, LLC, a Delaware corporation transacting business in California, assignees of California Strategies, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>APPLIED UNDERWRITERS, INC, a Nebraska corporation, STEVEN MENZIES, an individual, ALAN QUASHA, an individual, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:21-cv-00023<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

# CERTIFICATE OF SERVICE

Ashleigh Jensen certifies and declares as follows:

1. I am over the age of 18 and not a party to this action.

2. My business address is 44 Montgomery St., 41st Floor, San Francisco, CA 94104. The overnight delivery took place in San Francisco, California.

3. On January 4, 2021 I coordinated the preparation of an overnight delivery to be placed the envelope for collection following the ordinary business practices at San Francisco, California, a copy of the Defendants APPLIED UNDERWRITERS, INC, STEVEN MENZIES and ALAN QUASHA Notice of Filing of Removal To Federal Court dated January 4, 2021, a copy of which is attached to this Certificate as Exhibit A, addressed to the parties listed on the attached service list in the following manner:

I caused the documents listed above to be served via email and overnight delivery on the following:

David J. Millstein
Owais Bari
MILLSTEIN & ASSOCIATES
100 The Embarcadero, Penthouse
San Francisco, CA 94105
dmillstein@millstein-law.com
obari@millstein-law.com

Attorney for Plaintiffs RUSTY AREIAS and MERCURY PUBLIC AFFAIRS, LLC

DATED:  January 4, 2021         By    /s/ Ashleigh Jensen
                                      Ashleigh Jensen