# Exhibit E

BEFORE THE NEW MEXICO OFFICE OF SUPERINTENDENT OF INSURANCE

| | |
|---|---|
| IN THE MATTER OF THE FORM A FILING BY CALIFORNIA INSURANCE COMPANY II, INC., RELATED TO THE ACQUISITION OF CONTROL OF CALIFORNIA INSURANCE COMPANY, A FOREIGN INSURER THROUGH A MERGER | ) ) ) ) Docket No. 19-00040-COMPLEX ) ) ) ) |

## ORDER APPROVING MERGER

**THIS MATTER** comes before the New Mexico Superintendent of Insurance ("Superintendent") upon the Hearing Officer's Findings, Conclusions, and Recommendation, and having considered the record in this proceeding and being otherwise fully informed;

**THE SUPERINTENDENT FINDS AND CONCLUDES:**

1. The Superintendent has jurisdiction over this matter pursuant to the New Mexico Insurance Code, Sections 59A-1-1 *et seq*. NMSA 1978, including, but not limited to, Section 59-2-8 NMSA 1978, Section 59A-4-15, the Insurance Holding Company Law, Sections 59A-37-1 *et seq*., including, but not limited to, Section 59A-37-6 NMSA 1978, and Section 59A-34-36.

2. California Insurance Company II, Inc. ("CIC II") submitted its application (Form A), in accordance with Section 59A-37-5 NMSA 1978, to acquire California Insurance Company ("CIC"), a California domiciled insurer, through a merger.

3. The Superintendent appointed Hearing Officer R. Alfred Walker to conduct a public hearing pursuant to Section 59A-34-36, to take evidence and make a recommendation to the Superintendent based on the evidence whether to approve or disapprove CIC II's application.

| 1

4. Hearing Officer Walker conducted a public hearing on October 9, 2019. Representatives of OSI Staff and CIC II attended the hearing in person, and offered testimony in support of the proposed merger. Representatives of Applied Underwriters, Inc., United Insurance Company, Berkshire Hathaway, Inc., and of the California Department of Insurance attended the hearing telephonically and raised no objections to the proposed merger. After hearing all of the evidence and closing arguments, Hearing Officer Walker entered his Findings, Conclusions, and Recommendation.

5. Hearing Officer Walker's Findings, Conclusions, and Recommendation are well supported, legally sound, and should be adopted.

**IT IS THEREFORE ORDERED:**

A. The application of CIC II to acquire CIC through a merger is **CONDITIONALLY APPROVED**. The approval is conditioned upon: (1) stock purchase transactions relating to CIC between Steven Menzies, the controlling shareholder of CIC II, Berkshire Hathaway and Sidney Ferenc must close contemporaneously and on or before October 10, 2019; and (2) immediately upon the closing of the foregoing transactions, CIC II must file Articles of Merger with the New Mexico Secretary of State.

B. California Insurance Company II, Inc. will assume and be liable for any and all liabilities of California Insurance Company including, but not limited to any issued policies as if such policies were issued directly by California Insurance Company, II and that it will maintain the current deposit of California Insurance Company with the California Department of Insurance for the benefit of its policyholders.

C. Judicial review of this Order is available pursuant to Section 59A-4-20 NMSA 1978. State and federal law may provide other remedies not described herein.

  D. Copies of this Order shall be sent to all persons on the attached Certificate of Service.

  E. This Order is effective immediately.

  F. This docket is closed.

**DONE AND ORDERED** at Santa Fe, New Mexico, this 9th day of October, 2019.

_____
HON. JOHN G. FRANCHINI, Superintendent

| 3

## CERTIFICATE OF SERVICE

**I HEREBY** certify that a true and correct copy of the forgoing *Order Approving Merger* was sent via electronic mail to the following individuals, as indicated below, this 9th day of October 2019.

Jeffrey A. Silver
10805 Old Mill Road
Omaha, Nebraska 68154
Jeffreysilver@silver-law.net

Margaret Caffey-Moquin, Chief Staff Counsel
Office of Superintendent of Insurance
PO Box 1689
Santa Fe, NM 87504-1689
Margaret.moquin@state.nm.us

R. Alfred Walker, Hearing Officer
Office of Superintendent of Insurance
PO Box 1689
Santa Fe, NM 87504-1689
Alfred.walker@state.nm.us

Marshall Walters, Financial Analyst
Texas Department of Insurance
PO Box 149104
Austin, TX 78714-9104
Marshall.Walters@tdi.texas.gov

Suzanne Odum,
Counsel for California Insurance Company II, Inc.
Montgomery & Andrews PA
325 Paseo de Peralta, Santa Fe, NM 87501
sco@montand.com

Hon. John Franchini, Superintendent of Insurance
Office of Superintendent of Insurance
PO Box 1689
Santa Fe, NM 87504-1689
John.franchini@state.nm.us

Bryan E. Brock, General Counsel
Office of Superintendent of Insurance
PO Box 1689
Santa Fe, NM 87504-1689
Bryan.brock@state.nm.us

Jing Yi Chen
California Department of Insurance
45 Fremont Street, 23rd Floor
San Francisco, CA 94105
JingYi.Chen@insurance.ca.gov

Todd S. Baran, Associate General Counsel
Office of Superintendent of Insurance
PO Box 1689
Santa Fe, NM 87504-1689
Todd.baran@state.nm.us

Bruce Byrnes, Senior Counsel
Berkshire Hathaway Group of Insurance Companies
100 First Stamford Place, Stamford CT 06902
bbyrnes@berkre.com

By: /s/ Melissa Y. Martinez
Melissa Y. Martinez,
Law Clerk, General Counsel
Office of Superintendent of Insurance

| 4