# EXHIBIT 2



# CALIFORNIA STRATEGIES, LLC

October 1, 2019

## AMENDMENT TO CONTRACT

The letter of engagement between California Strategies, LLC and Applied Underwriters, Inc. dated July 8, 2019 shall be amended to provide that, effective October 1, 2019, the agreement shall be extended for a one-month period. All other terms shall remain the same.

ACCEPTED & AGREED:

Applied Underwriters, Inc.                California Strategies, LLC

By: _____                 By: _____
Jeffrey A. Silver, Secretary              James E. Burton, Managing Partner

Date: 10/3/19                             Date: 10.2.2019

U.S. BANK PLAZA
980 NINTH STREET, SUITE 2000 • SACRAMENTO, CA 95814
TELEPHONE (916) 266-4575 • FACSIMILE (916) 266-4580