David J. Millstein (CSBN 87878)
Gerald S. Richelson (CSBN 267705)
Owais Bari (CSBN 321954)
LLSTEIN & ASSOCIATES
100 The Embarcadero, Penthouse
San Francisco, CA 94105
Telephone: (415) 348-0348
Facsimile: (415) 348-0336
dmillstein@millstein-law.com
grichelson@millstein-law.com
obari@millstein-law.com

**Attorneys for Plaintiffs:**
RUSTY AREIAS, an Individual and
MERCURY PUBLIC AFFAIRS, LLC,
a Delaware corporation transacting
business in California, assignees of
California Strategies, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUSTY AREIAS, an Individual and MERCURY PUBLIC AFFAIRS, LLC, a Delaware corporation transacting business in California, assignees of California Strategies, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>APPLIED UNDERWRITERS, INC, an Omaha corporation transacting business in California, STEVEN MENZIES, an Individual, ALAN QUASHA, an Individual, and DOES 1-20 inclusive,<br><br>Defendants. | Case No.: 4:21-CV-00023-JST<br><br>**DECLARATION OF DAVID J. MILLSTEIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' NOTICE OF MOTION AND ANTI-SLAPP MOTION TO STRIKE COUNT IV OF THE FIRST AMENDED COMPLAINT**<br><br>**Hearing Date: March 25, 2021**<br>**Time: 2:00 p.m.**<br>**Place: Courtroom 6**<br>**Judge: Hon. Jon S. Tigar** |

I, DAVID J. MILLSTEIN, declare as follows:

1. I am duly licensed to practice law in the State of California and am the principal attorney of record herein for Plaintiffs RUSTY AREIAS and MERCURY PUBLIC AFFAIRS, LLC ("Plaintiffs").

2. I have personal knowledge of the following facts and know they are true and correct to the best of my knowledge. If called as a witness herein, I could and would testify competently thereto.

3. I am the principal of Millstein & Associates, established in 1983. I received a J.D. from the University of California, Berkeley and was admitted into the California bar in 1979. I have been in private practice since 1983 and have over three decades of civil trial and litigation experience. I have familiarity and experience litigating constitutional free speech matters. I also served as the Chief Assistant District Attorney for the City and County of San Francisco in 1996. My billing rate for this matter is $600.00 per hour.

4. Gerald S. Richelson ("Mr. Richelson") is an associate of Millstein & Associates and he assisted in this matter at an hourly rate of $425.00. Mr. Richelson received a J.D. from the University of California, Hastings College of Law in 2009 and was admitted to the state bar of California that same year.

5. Owais M. Bari ("Mr. Bari") is an associate of Millstein & Associates and he assisted in this matter at an hourly rate of $300.00. Mr. Bari received a J.D. from the University of California, Berkeley in 2017 and was admitted to the state bar of California in 2018.

6. Chrystal Pham is a paralegal and earned her Paralegal Certificate in 2015 and has provided law-related services under the supervision of attorneys who are active members of the State Bar of California. At all times throughout this matter, Ms. Pham's hourly rate has been $140.00 per hour.

7. The hourly rates of each of the individuals identified above are below the rates charged by attorneys of similar experience in the California Bay Area.

8. I spend a total of 9.5 hours drafting the opposition and anticipate spending an additional 5 hours reviewing Defendants materials submitted in reply and attending the hearing on the anti-SLAPP motion to strike. I anticipate spending a total of 4 hours opposing defendants' motion to strike which multiplied by my hourly rate of $600 equals $2,400.

9. Mr. Richelson spent a total of 11.3 hours researching issues relating to the

opposition to Defendants anti-SLAPP motion to strike and drafting the opposition. Those hours multiplied by his hourly rate of $425 equals $4,802.50.

10. Mr. Bari spent a total of 9.6 hours researching issues relating to the opposition to Defendants anti-SLAPP motion to strike and drafting the opposition. Those hours multiplied by his hourly rate of $300 equals $2,880.

11. Ms. Pham spent a total of 2.5 hours assisting the above identified attorneys with law-related services related to the opposition to Defendants Anti-SLAPP motion to strike. Those hours multiplied by her hourly rate of $140 equals $350.

12. Our office incurred total attorney fees in the amount of $16,132.50 in this matter.

I declare under penalty of perjury pursuant to the law of the State of California that the foregoing is true and correct. Executed this 23rd day of February, 2021 in San Francisco, California

__*/s/ David J. Millstein*____________________
David J. Millstein, Esq.