| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>Maxwell V. Pritt (SBN 253155)<br>mpritt@bsfllp.com<br>Antonio L. Ingram II (SBN 300528)<br>aingram@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293-6800<br>Fax: (415) 293-6899<br><br>*Attorneys for Defendants*<br>APPLIED UNDERWRITERS, INC.,<br>STEVEN MENZIES, and ALAN QUASHA | **MILLSTEIN & ASSOCIATES**<br>David J. Millstein (CSBN 87878)<br>dmillstein@millstein-law.com<br>Gerald S. Richelson (CSBN 267705)<br>grichelson@millstein-law.com<br>Owais Bari (CSBN 321954)<br>obari@millstein-law.com<br>100 The Embarcadero, Penthouse<br>San Francisco, CA 94105<br>Tel: (415) 348-0348<br>Fax: (415) 348-0336<br><br>*Attorneys for Plaintiff*<br>RUSTY AREIAS, an Individual, and<br>MERCURY PUBLIC AFFAIRS, LLC,<br>a Delaware corporation transacting business<br>in California, assignees of California<br>Strategies, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSTY AREIAS, an individual, and MERCURY PUBLIC AFFAIRS, LLC, a Delaware corporation transacting business in California, assignees of California Strategies, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APPLIED UNDERWRITERS, INC., a Nebraska corporation, STEVEN MENZIES, an individual, ALAN QUASHA, an individual, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 4:21-CV-00023-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Jon. S. Tigar<br>Ctrm:   6, 2nd Floor |

## JOINT STIPULATION

Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into by and between Plaintiffs Rusty Areias and Mercury Public Affairs, LLC, and Defendants Applied Underwriters, Inc., Steven Menzies, and Alan Quasha (collectively, the "Parties").

WHEREAS, the Parties' initial case management conference is currently set for July 13, 2021, at 2:00 p.m.;

WHEREAS, a conflict has arisen for lead counsel for Defendants on that date and time;

NOW THEREFORE, the Parties hereby stipulate that the case management conference in this case currently set for July 13, 2021, at 2:00 p.m. shall be continued to August 17, 2021, at 2:00 p.m.

Dated: July 6, 2021                                                   Respectfully Submitted,

**BOIES SCHILLER FLEXNER LLP**              **MILLSTEIN & ASSOCIATES**

By: */s/ Maxwell V. Pritt*                                  By: */s/ Gerald S. Richelson*
    Maxwell V. Pritt (SBN 253155)                    David J. Millstein (CSBN 87878)
    mpritt@bsfllp.com                                       Gerald S. Richelson (CSBN 267705)
    Antonio L. Ingram II (SBN 300528)               Owais Bari (CSBN 321954)
    aingram@bsfllp.com                                     100 The Embarcadero, Penthouse
    44 Montgomery Street, 41st Floor               San Francisco, CA 94105
    San Francisco, CA 94104                              Tel: (415) 348-0348
    Tel: (415) 293-6800                                      Fax: (415) 348-0336
    Fax: (415) 293-6899                                      dmillstein@millstein-law.com
                                                                                      grichelson@millstein-law.com
*Attorneys for Defendants*                                  obari@millstein-law.com
APPLIED UNDERWRITERS, INC.,
STEVEN MENZIES, and ALAN QUASHA      *Attorneys for Plaintiff*
                                                                           RUSTY AREIAS, an Individual, and
                                                                           MERCURY PUBLIC AFFAIRS, LLC,
                                                                           a Delaware corporation transacting
                                                                           business in California, assignees of
                                                                           California Strategies, LLC

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Maxwell V. Pritt, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: July 6, 2021

*/s/ Maxwell V. Pritt*
Maxwell V. Pritt
Counsel for Defendants
APPLIED UNDERWRITERS, INC.,
STEVEN MENZIES, and ALAN QUASHA

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| RUSTY AREIAS, et al., | Case No. 4:21-CV-00023-JST |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. |   |
| APPLIED UNDERWRITERS, INC., et al., |   |
| Defendants. |   |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that the case management conference set for July 13, 2021 at 2:00 p.m. is continued to August 17, 2021 at 2:00 p.m.

**IT IS SO ORDERED.**


Dated: _____           _____
                                  HONORABLE JON S. TIGAR
                                  UNITED STATES DISTRICT JUDGE