THE LAW OFFICES OF
# MILLSTEIN & ASSOCIATES

David J. Millstein
dmillstein@millstein-law.com
x 103

Gerald S. Richelson
grichelson@millstein-law.com
x 102

September 7, 2021

**<u>Via ECF Filing</u>**

Hon Jon S. Tigar
Northern District of California
Oakland Courthouse, Courtroom 6- 2nd floor
1301 Clay Street,
Oakland, CA 94612

  Re: <u>Areias et al v. Applied Underwriters, Inc. et al</u>
   4:21-cv-00023-JST
   Civil Local Rule 7-3 Notice

Dear Judge Tigar,

  Plaintiffs Rusty Areias and Mercury Public Affairs LLC respectfully submit the following letter with reference to the above matter, as notice that Defendants' motions to dismiss and to strike the First Amended Complaint have been under submission since hearing thereon on March 21, 2021.  This letter is submitted with full understanding of the Court's significant case load and the complications attendant to the COVID-19 pandemic.

  Thank you for taking the time to review this notice.

          Respectfully submitted,

          **MILLSTEIN & ASSOCIATES**

          David J. Millstein, Esq.