UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSTY AREIAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>APPLIED UNDERWRITERS, INC., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-00023-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 106 |

Defendants have filed a notice of settlement, stating that the filing is "with Plaintiffs' approval and permission." ECF No. 106 at 2. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this order.

**IT IS SO ORDERED**.

Dated: July 10, 2023



_____
JON S. TIGAR
United States District Judge